IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW B., by and through his representative and parent G.F. and B.B., <br><br>    Plaintiff, <br><br>v. <br><br>CLARKSVILLE MONTGOMERY COUNTY SCHOOL SYSTEM, <br><br>    Defendant. | Case No. 3:22-cv-00675 <br><br>CHIEF JUDGE CAMPBELL <br>MAGISTRATE JUDGE HOLMES |

## ORDER

Pursuant to the Joint Stipulation of Voluntary Dismissal filed by the parties (Doc. No. 44), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE